UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>MARK STEVEN LIVELY AKA MARK S LIVELY<br>MARK LIVELY, Debtor<br>27901 Rockwood<br>Saint Clair Shores, MI   48081<br>SSN: XXX-XX-8596 | CHAPTER 13<br>CASE NO: 18-52958<br>JUDGE THOMAS J. TUCKER |

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF
## CHRISTIAN FINANCIAL CREDIT UNION, PACER CLAIM #8

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, pursuant to 11 U.S.C. Section 704(5) and Federal Rule of Bankruptcy procedure 3007 and hereby objects to the Proof of Claim by **CHRISTIAN FINANCIAL CREDIT UNION**, PACER Claim #**8** for the following reasons:

1. The debtor filed for Chapter 13 relief on **September 21, 2018**.   This matter was confirmed on **Friday, April 5, 2019**.

2. On or about **December 06, 2018**, **CHRISTIAN FINANCIAL CREDIT UNION**, PACER Claim #**8** filed an unsecured proof of claim in the amount of **$5,981.89** bearing account number **2002**.

3. The deadline for all creditors (except a governmental unit) to file a proof of claim was **November 30, 2018**.

4. The claimant failed to file its proof of claim timely as required pursuant to F.R.Bank.P.3002(c) & 3007.

5. As such, the Trustee is unable to administer these proceedings.

WHEREFORE, the Chapter 13 Trustee requests that this Honorable Court disallow the proof of claim for **CHRISTIAN FINANCIAL CREDIT UNION**, PACER Claim #**8** in the amount of **$5,981.89**.

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

February 16, 2021        **/S/ TAMMY L. TERRY (P46254)**
TAMMY L. TERRY, Chapter 13 Trustee
/S/ KIMBERLY SHORTER-SIEBERT (P49608)
/S/ MARILYN R. SOMERS-KANTZER (P52488)
535 Griswold Street, Suite 2100
Detroit, MI   48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
MARK STEVEN LIVELY AKA MARK S LIVELY
MARK LIVELY, Debtor
27901 Rockwood
Saint Clair Shores, MI  48081
SSN: XXX-XX-8596

CHAPTER 13
CASE NO: 18-52958
JUDGE THOMAS J. TUCKER

### ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM
### CHRISTIAN FINANCIAL CREDIT UNION, PACER CLAIM # 8

The Trustee's Objection to the allowance of the Proof of Claim by **CHRISTIAN FINANCIAL CREDIT UNION**, PACER CLAIM # **8** and service having been with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, that more than seven (7) days before the hearing date on Trustee's objection have elapsed and no written response to the Trustee's Objection have been timely filed and served; that pursuant to E.D. Mich. L.B.R. 3007-1(c) this Court may deem that the creditor consents to the relief requested in the objection;

**IT IS HEREBY ORDERED THAT:**
The objection to the Proof of Claim filed by the Chapter 13 Standing Trustee is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

**IT IS FURTHER ORDERED** that the claim of **CHRISTIAN FINANCIAL CREDIT UNION**, PACER CLAIM #**8** filed on or about **December 06, 2018** shall be disallowed.

EXHIBIT 1

Form B20A (Official Form 20A) 12/1/10

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>MARK STEVEN LIVELY AKA MARK S LIVELY<br>MARK LIVELY, Debtor<br>27901 Rockwood<br>Saint Clair Shores, MI 48081<br>SSN: XXX-XX-8596 | CHAPTER 13<br>CASE NO: 18-52958<br>JUDGE THOMAS J. TUCKER |

## NOTICE OF OBJECTION TO CHRISTIAN FINANCIAL CREDIT UNION, PACER CLAIM #8

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before **(SEVEN (7) DAYS PRIOR TO HEARING)**, YOU OR YOUR LAWYER MUST:

1. File with the court a written response to the objection, explaining your position, at:
    **U.S. Bankruptcy Court**
    **211 W. Fort Street Detroit, MI 48226**

    If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
**MARK STEVEN LIVELY, 27901 ROCKWOOD, SAINT CLAIR SHORES, MI 48081**
KOSTOPOULOS & ASSOCIATES, PLLC, 31201 CHICAGO ROAD S., SUITE C102, WARREN, MI 48093
**TAMMY L. TERRY, 535 Griswold Street, Suite 2100, Detroit, MI 48226**
CHRISTIAN FINANCIAL CREDIT UNION, 18661 UTICA RD, ROSEVILLE, MI 48066

2. Attend the hearing on the objection, scheduled to be held on **Thursday, April 8, 2021** at **10:00:00AM** in **Judge Tucker's Courtroom 1925, U.S. Bankruptcy Court, 211 W. Fort St., Detroit, Michigan 48226**, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

| | |
|---|---|
| February 16, 2021 | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT<br><br>**/S/ TAMMY L. TERRY (P46254)**<br>TAMMY L. TERRY, Chapter 13 Trustee<br>/S/ KIMBERLY SHORTER-SIEBERT (P49608)<br>/S/ MARILYN R. SOMERS-KANTZER (P52488)<br>535 Griswold Street, Suite 2100<br>Detroit, MI 48226<br>(313) 967-9857<br>mieb_ecfadmin@det13.net |

IN THE MATTER OF:
MARK STEVEN LIVELY AKA MARK S LIVELY
MARK LIVELY, Debtor
27901 Rockwood
Saint Clair Shores, MI   48081
SSN: XXX-XX-8596

CHAPTER 13
CASE NO: 18-52958
JUDGE THOMAS J. TUCKER

# CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, copies of **TRUSTEE'S OBJECTION TO PROOF OF CLAIM TO CHRISTIAN FINANCIAL CREDIT UNION, PACER Claim #8** and **NOTICE OF OBJECTION TO CLAIM** were served via Electronic Court Filing and/or mailed to the parties at the stated addresses below.

02/18/2021

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

KOSTOPOULOS & ASSOCIATES, PLLC
31201 CHICAGO ROAD S., SUITE C102
WARREN, MI   48093

/S/ PATRICE WATSON

Chapter 13 Standing Trustee Clerk
535 Griswold Street, Suite 2100
Detroit, MI   48226
(313) 967-9857
mieb_ecfadmin@det13.net

MARK STEVEN LIVELY
27901 ROCKWOOD
SAINT CLAIR SHORES, MI   48081

CHRISTIAN FINANCIAL CREDIT UNION
18661 UTICA RD
ROSEVILLE, MI   48066